


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 21-80154-CR-MARRA/MATTHEWMAN
8 U.S.C. § 1324(a)(2)(B)(ii)
18 U.S.C. § 1589(a)
18 U.S.C. § 1592(a)

**UNITED STATES OF AMERICA**

**vs.**

**JULIO RUIZ CHUTA,**

**Defendant.**

_______________________________________/

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Alien Smuggling**
**(8 U.S.C. § 1324(a)(2)(B)(ii))**

In or around July 2019, the exact date being unknown to the Grand Jury, and continuing through on or about August 8, 2019, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JULIO RUIZ CHUTA,**

did, for the purpose of commercial advantage and private financial gain, bring Minor Victim 1, an alien, to the United States, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which might later be taken with respect to such alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

**COUNT 2**
**Providing and Obtaining Forced Labor**
**(18 U.S.C. § 1589(a))**

On or about December 1, 2020, and continuing through on or about January 10, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JULIO RUIZ CHUTA,**

did knowingly provide and obtain the labor and services of a person, that is, Minor Victim 1, by any one of, and any combination of, the following means: (1) force and threats of force to Minor Victim 1 and another person; (2) serious harm or threats of serious harm to MV1 or another person; and (3) any scheme, plan, and pattern intended to cause Minor Victim 1 to believe that, if Minor Victim 1 did not perform such labor and services, Minor Victim 1 and another person would suffer serious harm, in violation of Title 18, United States Code, Section 1589(a).

**COUNT 3**
**Document Servitude**
**(18 U.S.C. § 1592(a))**

On or about August 11, 2019, and continuing through on or about January 10, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JULIO RUIZ CHUTA,**

did knowingly conceal and possess an actual and purported immigration document and other government identification document, of another person, with the intent to violate Title 18, United States Code, Section 1589, all in violation of Title 18, United States Code, Section 1592(a).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JULIO RUIZ CHUTA

Defendant. /

CASE NO.______________________

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami ___ Key West
___ FTL ✓ WPB ___ FTP

New defendant(s) Yes ___ No ___
Number of new defendants ___
Total number of counts ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) Yes
List language and/or dialect Spanish

4. This case will take 8 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | | Petty | |
| II | 6 to 10 days | ✓ | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | ✓ |
| V | 61 days and over | | | |

6. Has this case previously been filed in this District Court? (Yes or No) No
If yes: Judge Case No. ______
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) No
If yes: Magistrate Case No. ______
Related miscellaneous numbers: ______
Defendant(s) in federal custody as of ______
Defendant(s) in state custody as of ______
Rule 20 from the District of ______
Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? Yes ___ No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? Yes ___ No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? Yes ___ No ✓

Gregory Schiller
ASSISTANT UNITED STATES ATTORNEY
GREGORY SCHILLER

*Penalty Sheet(s) attached

REV 6/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** JULIO RUIZ CHUTA

**Case No:** ______________________

Count #: 1

Alien Smuggling

Title 8, United States Code, Sections 1324(a)(2)(B)(ii)

***Max. Penalty:** 10 Years' Imprisonment (3 year minimum mandatory), $250,000 fine, Supervised Release of up to 3 years, a $100 Special Assessment and Restitution

Count #: 2

Labor Trafficking

Title 18, United States Code, Section 1589(a)

***Max. Penalty:** 20 Years' Imprisonment, $250,000 fine, Supervised Release of up to 3 Years', a $100 Special Assessment and Restitution

Count #: 3

Document Servitude

Title 18, United States Code, Sections 1592(a)

***Max. Penalty:** 5 Years' Imprisonment, $250,000 fine, Supervised Release of up to 3 Years', a $100 Special Assessment and Restitution

***Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**