✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JULIO RUIZ CHUTA

**EXHIBIT AND WITNESS LIST**

Case Number: 21-cr-80154-KAM

| PRESIDING JUDGE<br>Kenneth Marra | | | GOVERNMENT ATTORNEY(S)/AUSA(S)<br>Gregory Schiller, Kate Hill | | DEFENDANT'S ATTORNEY<br>M. Caroline McCrae |
|---|---|---|---|---|---|
| TRIAL DATES<br>June 21, 2022 - July 1, 2022 | | | COURT REPORTER | | COURTROOM DEPUTY<br>Irene Ferrante |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | | | | ORR Record - Ruiz Driver's License |
| 2 | | | | | ORR Record - Ruiz Auto Insurance Bill (2-page composite) |
| 3 | | | | | ORR Record - Ruiz Signed Release of Information (5-page composite) |
| 4 | | | | | ORR Record - Ruiz Signed Family Reunification Application (7-page composite) |
| 5 | | | | | ORR Record - Ruiz Signed Sponsor Declaration (2-page composite) |
| 6 | | | | | ORR Record - Anselmo Son Signed Release of Information (5-page composite) |
| 7 | | | | | ORR Record - Anselmo Son Driver's License |
| 8 | | | | | ORR Record - Power of Attorney (2-page composite) |
| 8a | | | | | ORR Record - Power of Attorney (Spanish Translation) |
| 9 | | | | | ORR Record - Birth Certificates of MV1 and Both Parents (6-page composite) |
| 10 | | | | | ORR Record - Verification of Release |
| 11a | | | | | Photograph - 123 8th St. - Entrance Stairs |
| 11b | | | | | Photograph - 123 8th St. - front door |
| 12a | | | | | Photograph - 123 8th St. - Bedroom Sign-in |
| 12b | | | | | Photograph - 123 8th St. - Bedroom Bed |
| 12c | | | | | Photograph - 123 8th St. - Bedroom Nighstand and Phone |
| 12d | | | | | Photograph - 123 8th St. - Bedroom Television |
| 12e | | | | | Photograph - 123 8th St. - Bedroom Shelving |
| 12f | | | | | Photograph - 123 8th St. - Bedroom Shelving closeup |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 6 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | VS. | JULIO RUIZ CHUTA | CASE NO. 21-cr-80154-KAM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 13a | | | | | Photograph - 123 8th St. - Shelving - Manilla Envelope |
| 13b | | | | | Photograph - 123 8th St. - Shelving - Papers |
| 13c | | | | | Document - 123 8th St. - Shelving - Power of Attorney (2-page composite) |
| 13d | | | | | Document - 123 8th St. - Shelving - ORR Lista de Recursos para MV1 (6-page composite) |
| 13e | | | | | Document - 123 8th St. - Shelving - Chuta Driver's License of Julio Ruiz Chuta |
| 13f | | | | | Photograph - 123 8th St. - Shelving - Blue Folder |
| 13g | | | | | Document - 123 8th St. - Shelving - MV1 Pay Stub |
| 13h | | | | | Photograph - 123 8th St. - Shelving - Blue Folder Sticker |
| 13i | | | | | Document - 123 8th St. - Shelving - Birth Certificate MV1 (2-page composite) |
| 13i2 | | | | | Physical Exhibit - 123 8th St. - Shelving - Birth Certificate MV1 (2-page composite) |
| 13j | | | | | Document - 123 8th St. - Shelving - Birth Certificate Leonel Cutzal Luc (2-page composite) |
| 13l | | | | | Document - 123 8th St. - Shelving - ORR Verification of Release |
| 13m | | | | | Document - 123 8th St. - Shelving - Notice of Custody Determination MV1 |
| 13n | | | | | Document - 123 8th St. - Shelving - Notice to Appear MV1 (3-page composit) |
| 13o | | | | | Document - 123 8th St. - Shelving - Warrant for Arrest MV1 |
| 13p | | | | | Document - 123 8th St. - Shelving - Palm Beach Schoool Vaccinations MV1 (1 page composite) |
| 13q | | | | | Document - 123 8th St. - Shelving - Driver's License of Anselmo Son |
| 13r | | | | | Document - 123 8th St. - Shelving - El Sol form for MV1 |
| | | | | | |
| 13t | | | | | Document - 123 8th St. - Shelving - Youth Co-Op Letter for Julio Ruiz |
| 13u | | | | | Document - 123 8th St. - Shelving - Ruiz Signed Family Reunification App. (7-page composite) |
| 13v | | | | | Document - 123 8th St. - Shelving - Email for MV1 Delta Flight to Florida |
| 13w | | | | | Document - 123 8th St. - Shelving - Ruiz Signed Release of Information (4-page composite) |
| 13x | | | | | Document - 123 8th St. - Shelving - Ruiz Signed Sponsor Declaration (2-page composite) |

Page 2 of 6 Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | | | vs. | JULIO RUIZ CHUTA | CASE NO. 21-cr-80154-KAM |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | | | | | |
| 14a | | | | | Photograph - 123 8th St. - Yellow Notebook | |
| 14b | | | | | Document - 123 8th St. - Yellow Notebook Page re "$500" | |
| | | | | | | |
| 15a | | | | | Photograph - 123 8th St. - 2nd Room Sign-in | |
| 15b | | | | | Photograph - 123 8th St. - 2nd Room - Kitchen | |
| 15c | | | | | Photograph - 123 8th St. - 2nd Room - Common Room | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 17a | | | | | Photograph - 123 8th St. - 2nd Room - Box1 Under Table | |
| 17d | | | | | Document - 123 8th St. - 2nd Room - Box1 Under Table - Ruiz Birth Cert. (2-page composite) | |
| 18a | | | | | Photograph - 123 8th St. - 2nd Room - Box2 Under Table - Green Folder | |
| 18b | | | | | Photograph - 123 8th St. - 2nd Room - Box2 Under Table - Green Folder & Immunication History | |
| 18c | | | | | Document - 123 8th St. - 2nd Room - Box2 Under Table - Immunication History (2-page composite) | |
| 19a | | | | | Photograph - 123 8th St. - 2nd Room - Suitcase Under Table - closed | |
| 19b | | | | | Photograph - 123 8th St. - 2nd Room - Suitcase Under Table - open | |
| 19c | | | | | Photograph - 123 8th St. - 2nd Room - Suitcase Under Table - green folder | |
| 19d | | | | | Photograph - 123 8th St. - 2nd Room - Suitcase Under Table - Deuda De Nery | |
| 19e | | | | | Document - 123 8th St. - 2nd Room - Suitcase Under Table - Deuda De Nery | |
| 19e1 | | | | | Document - 123 8th St. - 2nd Room - Suitcase Under Table - Deuda De Nery (Spanish Translation) | |
| 19e2 | | | | | Physical Exhibit - 123 8th St. - 2nd Room - Suitcase Under Table - Deuda De Nery | |
| 20a | | | | | Photograph - 123 8th St. - 2nd Room - Green Notebook on Couch | |
| 20b | | | | | Photograph - 123 8th St. - 2nd Room - Green Notebook on Couch - Names & Numbers | |
| 20c | | | | | Photograph - 123 8th St. - 2nd Room - Green Notebook on Couch - Names & Signatures | |
| 20d | | | | | Document - 123 8th St. - 2nd Room - Green Notebook on Couch - Deuda de Nery | |
| 20d1 | | | | | Document - 123 8th St. - 2nd Room - Green Notebook on Couch - Deuda de Nery (Translation) | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | vs. | JULIO RUIZ CHUTA | CASE NO. 21-cr-80154-KAM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 21a | | | | | Photograph - 123 8th St. - 2nd Room - Black Bag - El Sol Card back |
| 21b | | | | | Photograph - 123 8th St. - 2nd Room - Black Bag - El Sol Card front |
| 21c | | | | | Document - 123 8th St. - 2nd Room - Black Bag - El Sol Card front |
| 21d | | | | | Document - 123 8th St. - 2nd Room - Black Bag - El Sol Card back |
| 22a | | | | | Photograph - 123 8th St. - Three Cars |
| 22b | | | | | Photograph - 123 8th St. - White Crysler Passenger Side |
| 22c | | | | | Photograph - 123 8th St. - White Crysler Front Side |
| 22d | | | | | Photograph - 123 8th St. - White Crysler Passenger Open Door |
| 22e | | | | | Photograph - 123 8th St. - White Crysler Passenger Glove Box Composition Notebook |
| | | | | | |
| | | | | | |
| 22h | | | | | Photograph - 123 8th St. - Composition Notebook 2nd to last page |
| 22i | | | | | Document - 123 8th St. - Composition Notebook 2nd to last page |
| 22i1 | | | | | Document - 123 8th St. - Composition Notebook 2nd to last page (Spanish Translation) |
| 23a | | | | | Photograph - 123 8th St. - White Crysler Trunk |
| 23b | | | | | Photograph - 123 8th St. - White Crysler Trunk Open |
| 23c | | | | | Photograph - 123 8th St. - White Crysler Trunk Spare Tire |
| 23d | | | | | Photograph - 123 8th St. - White Crysler Trunk - School ID of MV1 |
| | | | | | |
| | | | | | |
| | | | | | |
| 25 | | | | | DCF Video Interview Julio Ruiz Chuta with subtitles - 1/11/2021 |
| 26 | | | | | Pre-Search Warrant Video Walk-through |
| 27a-d | | | | | Photographs of Cutzal-Morales Guatemalan Home (4-page composite) |
| | | | | | |
| | | | | | |
| | | | | | |

Page  4  of  6  Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | VS. | | JULIO RUIZ CHUTA | CASE NO. 21-cr-80154-KAM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 30 | | | | | Chuta Phone Extraction - WhatsApp with 50230623010 'Nery Morales' - 6.8.19-7.31.19 with Translations |
| 31 | | | | | Chuta Phone Extraction - WhatsApp with 50258952628 'Nery Morales' - 7.12.19-7.28.19 with Translations |
| 32 | | | | | Nery Phone Extraction A10 - WhatsApp with 5614018420 'Julio' - 9.1.19-7.1.20 with Translations |
| 33 | | | | | Chuta Phone Extraction - FaceBook Messenger with 100053084411107 'Nery Morales' - 7.30.20-10.13.20 with Translation |
| 34 | | | | | Nery Phone Extraction A21 - WhatsApp with 5614018420 'Julio' - 7.1.19-1.18.21 with Translations |
| 35 | | | | | Chuta Phone Extraction - WhatsApp with 3234773313 'Darlene Hollander' - 12.6.19-3.17.20 with Translations |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 41a | | | | | Chuta Phone Extraction - WhatsApp with 50248254947 'Nelo' 7.27.19-1.18.21 with Translations |
| 41b | | | | | VID-20190820-WA0007.mp4 |
| 41c | | | | | VID-20190829-WA0020.mp4 |

Page 5 of 6 Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | | JULIO RUIZ CHUTA | CASE NO. 21-cr-80154-KAM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 42 | | | | | Guatemalan Bank Documents |
| | | | | | |
| | | | | | |
| 45 | | | | | Chuta Phone Extraction - Summary Page |
| 46 | | | | | Nery Phone Extraction A21 - Summary Page |
| 47 | | | | | Nery Phone Extraction A10 - Summary Page |
| 48 | | | | | Delta Flight Nery Morales Business Records.pdf (5-page composite) |
| 49 | | | | | T-Mobile-Sprint 5614018420 Ruiz Chuta Business Records (9-page composite) |
| 50 | | | | | Wells Fargo Records Ruiz Chuta Business Records (17-page composite) |
| 51a | | | | | Controlled Call to Julio Ruiz Chuta_01-28-2021.MP3 |
| 51b | | | | | Controlled Call to Julio Ruiz Chuta Transcript (5-page composite) |
| | | | | | |
| 53 | | | | | Miranda Form - Julio Ruiz Chuta |
| 54 | | | | | 10.13.21 Video Interview of Julio Ruiz Chuta with translated subtitles |
| 55a | | | | | Intermex Money Transfer 'Julio Ruiz Chuta' Business Records (7-page composite) |
| 55b | | | | | Intermex Money Transfer 'Julio Ruiz Chuta' Summary Chart (7-page composite) |
| 56 | | | | | Chuta Phone Extraction - Text with 50253526124 'Nato Lopez' 7.25.19-9.17.19 - Translated (3-page composite) |

Page  6  of  6  Pages